**FILED**
NOV 20 2007
Nov. 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

GUSTAVO CHAVERRA, )
      Petitioner, )
v. ) Criminal Dkt. No. 87CR340-1
 )
UNITED STATES OF AMERICA, )
      Respondent. )

### MOTION FOR CORRECTION OF ILLEGAL SENTENCE

NOW COME Petitioner Gustavo Chaverra and moves this most Honorable Court for correction of his illegal sentence on all claims raised herein this petition. Petitioner is entitled to correction of his illegal sentence because his sentence of attempted murder is unconstitutional and exceeds the statutory maximum for the alleged offense.

    The reasons for this motion are more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

Mr. Gustavo Chaverra
P.O. Box 6000
Glenville, WV 26351