## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the matter of:                )
                                 )
UNITED STATES OF AMERICA         )
                                 )
        vs.                      )   Case No. 87 CR 340
                                 )
GUSTAVO CHAVERRA                 )

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT**

It appearing that the above-captioned case requires further judicial action, I therefore recommend to the Executive Committee that this case be reassigned by lot to an active judge of this court. The reasons for my recommendation are indicated on the reverse of this form.

**MICHAEL W. DOBBINS**
**CLERK**

Dated: November 20, 2007

Deputy Clerk, A.E. Woodham

***

**ORDER OF THE EXECUTIVE COMMITTEE**

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case by lot to the calendar of an active judge of this court in accordance with the Rules.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Dated: FEB - 1 2008

Chief Judge

This cause having last been assigned to the calendar of Judge <u>Bua,</u> who is no longer sitting, it is recommended that it be reassigned to the calendar of an active judge of this court as it appears to require further judicial action.