

FILED
3-6-2008
MAR - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 87 CR 340 |
| | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| GUSTAVO CHAVERRA-CARDONA | ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on March 6, 2008 the undersigned filed with the Clerk of this Court, ATTORNEY DESIGNATION service of the notice is being made upon you.

                                              Respectfully submitted,
                                              PATRICK J. FITZGERALD
                                              United States Attorney

By: *[signature]*
      ANTHONY P. GARCIA
      Assistant United States Attorney
      219 S. Dearborn St.
      Chicago, Illinois 60604
      (312) 469-6151

FILED
3-6-2008
MAR - 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 87 CR 340 |
| | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| GUSTAVO CHAVERRA-CARDONA | ) | |

### ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: *(signature)*
ANTHONY P. GARCIA
Assistant United States Attorney
219 S. Dearborn St.
Chicago, Illinois 60604
(312) 469-6151